**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00448-CV

## IN RE BRANDON S. CLINE, Relator

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62404**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     LANA MYERS
         JUSTICE